No. 15,922.

FRIEND v. BELLAMY.
(184 P. [2d] 871)

Decided September 8, 1947.

PER CURIAM.

On application for supersedeas, judgment affirmed en banc without written opinion. MR. JUSTICE HILLIARD and MR. JUSTICE STONE, not participating.

Mr. CHARLES E. FRIEND, pro se.

Mr. JOHN S. STIDGER, for defendant in error.